**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

IN RE:

DEBORAH L MCCALLAM

CHAPTER 13
CASE NO. 17-61800

Debtor

### TRUSTEE'S PETITION TO DISMISS AND NOTICE OF HEARING

**DATE OF LAST PAYMENT: 06/25/2018**

**ESTIMATED AMOUNT OF ARREARAGE**
***AS OF 07/16/2018 is $ 777.15**
Number of months in arrears is: **2**

Herbert L. Beskin, Trustee of the estate of the above captioned Chapter 13 Debtor, respectfully reports: That he is the duly appointed and qualified Standing Trustee and that the Debtor aforementioned has defaulted in making payments matured under the confirmed plan.

**PLEASE TAKE NOTICE** that on **September 13, 2018** at **9:30 A.M.**, in United States Bankruptcy Court, U.S. Court House, Courtroom 200, 255 West Main Street, Charlottesville, VA 22902-the Trustee will present and argue the foregoing Petition to Dismiss.

***The Trustee may request immediate dismissal of the case unless Debtor and Debtor's counsel have consulted in advance with the Trustee's office regarding a proposal to cure their delinquency in plan payments or have filed an amended plan no later than 48 hours in advance of the hearing scheduled above.***

I hereby certify that on July 16, 2018, copies of this Petition and Notice have been mailed to, Debtor, DEBORAH L MCCALLAM, 10800 SETTLE SCHOOL RD, RIXEYVILLE, VA 22737, and that the Attorney for the Debtor has been notified electronically by ECF.

/s/ Herbert L. Beskin

Herbert L. Beskin Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA 22902
Ph: 434-817-9913
Email: ch13staff@cvillech13.net

Herbert L. Beskin
Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA 22902
Ph: 434-817-9913
Email: ch13staff@cvillech13.net