U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:  Deborah McCallam

                                                Chapter 13
                                                Case No. 17-61800

Debtor(s)

## APPLICATION FOR SUBSTITUTION OF ATTORNEY

      COMES NOW the Debtor(s) and moves the Court to substitute attorney Marshall M. Slayton as counsel.  In support thereof, attached hereto and incorporated herein by reference is a Substitution of Attorney endorsed by Debtor(s), Debtor's current attorney, and Debtor's proposed attorney.

                                                         Respectfully submitted,

                                                         Deborah McCallam

Dated: 9/27/18

Presented by:

/s/ Marshall M. Slayton
MARSHALL M. SLAYTON, VSB # 37362
SLAYTON LAW, PLC
913 East Jefferson Street
Charlottesville, VA  22902
Phone: (434) 979-7900
Counsel for Debtor(s)

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing document was sent by first-class mail, postage prepaid, to the Debtor(s), and via ECF to the Debtor's current attorney and to the Trustee, on 9/27/18 .

/s/ Marshall M. Slayton
Marshall M. Slayton

1