U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

IN RE:  DEBORAH L. MCCALLAM                     Case No. 17-61800
                                                Chapter 13

        Debtor.

## SUBSTITUTION OF ATTORNEY

1.     The name of the party making this Substitution of Attorney is:  DEBORAH L. MCCALLAM

2.     The name, address and telephone number of the New Attorney are:

Marshall M. Slayton
Slayton Law, PLC
913 East Jefferson St.
Charlottesville, VA  22902
(434) 979-7900

3.     The New Attorney hereby appears in the above-referenced bankruptcy.

4.     The New Attorney is substituted as attorney of record in place and stead of the Present Attorney:  Mark J. Dahlberg.

5.     Debtor, Mark J. Dahlberg and Marshall M. Slayton agree that the unpaid attorney's fees of $2,477.60 shall be paid by the Chapter 13 Trustee to Marshall M. Slayton and shall not be paid to Mark J. Dahlberg.

Dated: 9/13/18

_____
DEBORAH L. MCCALLAM

I CONSENT TO THE ABOVE SUBSTITUTION:

/s/ Mark J. Dahlberg                          Dated: 9/25/18
Woehrle Dahlberg Jones & Yao
2120 Lafayette Blvd.
Fredericksburg, VA  22401
(540) 898-8881
mdahlberg@lawfirmvirginia.com

I am duly admitted to practice in this district.  The above substitution is accepted.

/s/ Marshall M. Slayton                                    Dated: _9/25/18_
MARSHALL M. SLAYTON, VSB # 37362
SLAYTON LAW, PLC
913 East Jefferson St.
Charlottesville, VA  22902
(434) 979-7900

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed by regular first-class mail, postage prepaid, on this _25_ day of _September_ 2018, to the Debtor and all creditors, and via ECF to the Chapter 13 Trustee.

/s/ Marshall M. Slayton
Marshall M. Slayton

2